No. 03–6101.   WILLIAMS v. GIURBINO, WARDEN.   C. A. 9th Cir. Certiorari denied.

No. 03–6107.   BEIERLE v. REED, WARDEN, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 03–6110.   WELLS v. LOUISIANA.   Ct. App. La., 1st Cir. Certiorari denied.

No. 03–6114.   HASELDEN v. NORTH CAROLINA.   Sup. Ct. N. C. Certiorari denied.

No. 03–6115.   GARCIA v. PELICAN BAY STATE PRISON.   C. A. 9th Cir.   Certiorari denied.

No. 03–6118.   LURIA v. LURIA ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 03–6128.   BENNETT, AKA ABDUL-MATEEN v. MCBRIDE ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 03–6132.   FORSETH v. FARMON, WARDEN, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 03–6139.   HAWKINS v. CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.

No. 03–6140.   GALVEZ v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.   C. A. 5th Cir.   Certiorari denied.

No. 03–6141.   ALCOCER v. CAREY, WARDEN.   C. A. 9th Cir. Certiorari denied.

No. 03–6142.   HUFF v. CAIN, WARDEN.   C. A. 5th Cir.   Certiorari denied.

No. 03–6143.   HORTON v. ELO, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 03–6144.   GREEN v. CHESTER ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 03–6146.   HAWTHORNE v. CAIN, WARDEN, ET AL.   C. A. 5th Cir.   Certiorari denied.